## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: FORTIETH STATEWIDE      :   No. 93 WM 2018
INVESTIGATING GRAND JURY      :
                                    :
                                    :
PETITION OF: J.D.                    :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 14th day of December, 2018, in consideration of the Petition for Review, the temporary redaction of Petitioner's name and other identifying information from Report 1 of the Fortieth Statewide Investigating Grand Jury is made permanent. *See In re Fortieth Statewide Investigating Grand Jury*, 190 A.3d 560 (Pa. 2018); *In re Fortieth Statewide Investigating Grand Jury*, 2018 WL _____ (Pa. Dec. 3, 2018).

       The Application to File under Seal is GRANTED. The Motion to Unseal and the Application to Lift Stay are DENIED. The Application for Stay is DISMISSED AS MOOT.

       Jurisdiction is relinquished.

       The instant order is unsealed.